# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

v.                 Case No. 4:18-cr-00538-08 KGB

**DELANNA EDWARDS**                                                  **DEFENDANT**

## AMENDMENT TO JUDGMENT AND COMMITMENT ORDER

The Judgment and Commitment Order entered in this matter on January 28, 2021, (Dkt. No. 357) is hereby amended to reflect the following condition of probation:

1. The defendant must participate, under the guidance and supervision of the probation office, in a mental health treatment program. She shall pay for the cost of treatment at the rate of $10.00 per session, with the total cost not to exceed $40.00 per month, based on ability to pay as determined by the probation office. If she is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

All other conditions set forth in the original Judgment and Commitment Order (Dkt. No. 357) remain in full force and effect.

It is so ordered this 3rd day of February, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge